**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7603**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DARLENE ECKLES,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:05-cr-00009-RLV-DCK-5)

Submitted:  December 20, 2012       Decided:  December 27, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darlene Eckles, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene Eckles appeals the district court's order granting her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Eckles</u>, No. 5:05-cr-00009-RLV-DCK-5 (W.D.N.C. Aug. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court granted Eckles § 3582 relief, the reduction granted by the court did not reduce her sentence to the full extent requested.